AUGUSTINE FICARRA, Respondent, v. WILLIAM SESTAK, Appellant.—

Without reaching the question whether the expunged testimony and memorandum were or were not admissible in evidence, it is our opinion that the unusual circumstances of this case require a new trial in the interests of justice. Nolan, P. J., Ughetta, Kleinfeld and Brennan, JJ., concur; Beldock, J., not voting.